THE PEOPLE, ex rel. CHRISTIAN POPP, Appellant, *v.* STEPHEN H. FRENCH et al., Respondents.

(Argued June 1, 1886 ; decided June 8, 1886.)

*A. J. Dittenhoefer* for appellant.

*David J. Dean* for respondents.

Agree to affirm ; no opinion.
All concur.
Order affirmed.

---

HENRY A. STEVENS, Appellant, *v.* MARCUS L. COMSTOCK et al., Respondents.

(Submitted June 1, 1886 ; decided June 8, 1886.)

*John Laughlin* for appellant.

*Charles A. Pooley* for respondents.

Agree to dismiss appeal ; no opinion.
All concur.
Appeal dismissed.